1

2

3

4

5

6

7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

8 | JERRY PARKER,                                            )
                                                           )
9 |              Plaintiff,                                 )          Case No.   2:13-cv-00377-GMN-PAL
                                                           )
10 | vs.                                                     )          **ORDER OF RECUSAL**
                                                           )
11 | WESTERN FLYER EXPRESS, INC.;                            )
    TRANSPORT LEASING/CONTRACT, INC.,                        )
12 |                                                         )
                                                           )
    Defendants.                                             )
13 | _____                )

14      The undersigned United States Magistrate Judge for the District of Nevada hereby recuses

15 himself from the above-entitled matter in order to avoid the appearance of impropriety, in a

16 proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct,

17 Canon 3(E)(1) and 28 U.S.C. § 455(a).

18      Based on the foregoing and good cause appearing therefor,

19      **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random

20 reassignment to another Magistrate Judge.

21      **IT IS FURTHER ORDERED** the ENE session set for July 11, 2013 is hereby vacated.

22      DATED this 6th day of May, 2013.

23

24      _____
        GEORGE FOLEY, JR.

25      United States Magistrate Judge

26

27

28