UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JERRY PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  2:13-cv-00377-GMN-PAL |
| | ) | |
| vs. | ) | **ORDER OF RECUSAL** |
| | ) | |
| WESTERN FLYER EXPRESS, INC.; | ) | |
| TRANSPORT LEASING/CONTRACT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

Based on the foregoing and good cause appearing therefor,

**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

**IT IS FURTHER ORDERED** the ENE session set for July 11, 2013 is hereby vacated.

DATED this 6th day of May, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge