**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JERRY PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-00377-GMN-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| WESTERN FLYER EXPRESS, INC., et al., | ) | (Mtn to Withdraw - Dkt. #37) |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Motion to Withdraw (Dkt. #37).  Rebekah Baumgardner Rini seeks to withdraw as counsel of record for Plaintiff Jerry Parker.  The Motion represents that Local Rule IA 10-6 provides that "no withdrawal . . .  shall be approved if delay of discovery, the trial or any hearing in the case would result."  The Motion represents that there has been a breakdown in the attorney-client relationship, and counsel is no longer able to represent her client.  Specifically, Plaintiff has failed to maintain communication with counsel.  Plaintiff's complaint was filed in state court and was removed to this court on March 6, 2013.  *See* Petition for Removal (Dkt. #1).  Discovery in this case closes on November 1, 2013.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1.      The Motion to Withdraw (Dkt. #37) is GRANTED.

2.      Plaintiff shall have until **August 26, 2013,** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that he will proceed pro se.

3.      Failure to comply with this order may result in for sanctions, including case-dispositive sanctions.

4.     The Clerk of Court shall serve a copy of this Order on Plaintiff at:

Jerry Parker
4303 Lynn Ann Drive
Las Vegas, NV 89110

Dated this 26th day of July, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2