1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7   JERRY PARKER,                                    )          Case No. 2:13-cv-00377-GMN-PAL
                                                     )
8                               Plaintiffs,          )               **ORDER**
                                                     )
9   vs.                                              )          (Mtn to Extend Time - Dkt. #43)
                                                     )
10  WESTERN FLYER EXPRESS, INC., et al.,             )
                                                     )
11                              Defendants.          )
    _____)

12

13          This matter is before the court on Plaintiff Jerry Parker's Motion to Extend Time to Hire an

14  Attorney (Dkt. #43)  filed August 26, 2013.  The court has considered the Motion.

15          In an Order (Dkt. #39) entered July 26, 2013, the court granted Plaintiff's former counsel's

16  Motion to Withdraw (Dkt. #37) and allowed Plaintiff until August 26, 2013, in which to either file a

17  statement that he would proceed pro se or retain new counsel.  On August 26, 2013, Plaintiff filed the

18  instant Motion, requesting an additional forty-five or sixty days in which to comply with the court's

19  Order.  Plaintiff represents that he just underwent spinal surgery and is currently unemployed, that he

20  paid all of his money to his former attorney, and  needs additional time to get money to hire another

21  lawyer.

22          Having reviewed and considered the matter, and good cause appearing,

23          **IT IS ORDERED:**

24          1.      Plaintiff's Motion to Extend Time (Dkt. #43) is GRANTED.

25          2.      Plaintiff shall have until **October 25, 2013**, in which to either retain new counsel who

26                  shall file a notice of appearance in accordance with the Local Rules of Practice or to file

27                  a statement that he will proceed pro se, that is represent himself.

28  / / /

3.      Failure to comply with this order may result in sanctions, including case-dispositive

sanctions.

Dated this 16th day of September, 2013.


_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2