F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
E-mail: tedwards@nevadafirm.com
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:     702/791-0308

KEVIN R. DONELSON, ESQ.
Oklahoma Bar No. 12647
kdonelson@fellerssnider.com
KELSIE M. SULLIVAN, ESQ.
Oklahoma Bar No. 20350
ksullivan@fellerssnider.com
FELLERS, SNIDER, BLANKENSHIP,
BAILEY & TIPPENS, P.C.
100 N. Broadway, Suite 1700
Oklahoma City, OK 73102
Telephone:     405/232-0621

*Attorneys for Defendants, Western Flyer Express, Inc. and Transport Leasing /Contract, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JERRY PARKER, an individual,<br><br>               Plaintiff,<br><br>     v.<br><br>WESTERN FLYER EXPRESS, INC., a foreign corporation; TRANSPORT LEASING/CONTRACT, INC., a foreign corporation, DOES and ROES 1-100; inclusive,<br><br>               Defendants. | CASE NO.:     2:13-cv-00377<br><br>**STIPULATION AND**<br>**ORDER OF DISMISSAL** |

**WHEREAS**, the parties participated in an Early Neutral Evaluation Session on September 20, 2013 before Magistrate Judge Carl W. Hoffman and reached a settlement in this action; and

**WHEREAS**, by this Stipulation and Proposed Order of Dismissal (the "Stipulation"), Defendants Western Flyer Express, Inc. and Transport Leasing/Contract, Inc. (collectively "Defendants") provide notice to the Court that on October 3, 2013, Plaintiff executed a Confidential Settlement Agreement, General Release and Covenant Not to Sue and has agreed to

- 1 -

88982/630780

fully, completely and permanently resolve all of his claims against the Defendants in this action and to take all steps necessary to dismiss or withdraw with prejudice any and all claims and charges filed against the Defendants in this action;

NOW THEREFORE it is hereby stipulated and agreed by Plaintiff and Defendants as follows:

1. This action shall be, and hereby is, dismissed with prejudice; and

2. All parties shall bear their own attorney's fees and costs.

SO STIPULATED.

Dated: October 21, 2013                    **FELLERS, SNIDER, BLANKENSHIP,**
                                            **BAILEY & TIPPENS, PC**


                                            s/KEVIN R. DONELSON
                                            KEVIN R. DONELSON, ESQ.
                                            Oklahoma Bar No. 12647
                                            KELSIE M. SULLIVAN, ESQ.
                                            Oklahoma Bar No. 20350
                                            100 N. Broadway, Suite 100
                                            Oklahoma City, Oklahoma  73102

                                            -and-

                                            **COTTON, DRIGGS, WALCH,**
                                            **HOLLEY, WOLOSON & THOMPSON**
                                            F. THOMAS EDWARDS, ESQ.
                                            Nevada Bar No. 9549
                                            400 South Fourth Street, Third Floor
                                            Las Vegas, Nevada 89101

                                            *Attorneys for Defendants, Western Flyer Express, Inc. and Transport Leasing /Contract, Inc.*


                                            s/JERRY L. PARKER
                                            (*signed by filing attorney with express permission of Jerry L. Parker)*
                                            JERRY L. PARKER
                                            4303 Lynn Ann Drive
                                            Las Vegas, Nevada 89110

                                            *Pro Se, Plaintiff*

- 2 -

88982/630780

**ORDER**

Pursuant to the above Stipulation, and good cause appearing therefore, IT IS SO ORDERED.

**DATED** this 22nd day of October, 2013.

_____
Gloria M. Navarro
United States District Judge